# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10023 (JTD) |
| WARDMAN HOTEL OWNER, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Adv. Proc. No. 23-50453 (JTD) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, made applicable herein by Rule 56 of the Federal Rules of Bankruptcy Procedure, plaintiff Wardman Hotel Owner, L.L.C. (the "Plaintiff"), respectfully moves (the "Motion") for summary judgment in favor of the Plaintiff on each of its claims against defendant District of Columbia (the "Defendant"). The grounds for the Motion are set forth in the accompanying *Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment* (the "Memorandum"), *Declaration of James D. Decker in Support of Plaintiff's Motion for Summary Judgment* and accompanying

---

[1] The last four digits of Debtor's U.S. tax identification number are 9717. Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

exhibits set forth in the *Appendix* to the Memorandum and *Plaintiff's Request for Judicial Notice*. The Plaintiff respectfully requests that the Court grant summary judgment in the Plaintiff's favor with respect to each count in the Plaintiff's *Complaint for Declaratory Relief Pursuant to 11 U.S.C. §§ 505, 541, and 1141 and 28 U.S.C. § 2201*, as set forth more fully in the accompanying Memorandum.

Dated: November 14, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*