## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C., [1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 21-10023 (JTD) |
| WARDMAN HOTEL OWNER, L.L.C.,<br><br>                   Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>                  Defendant. | Adv. Proc. No. 23-50453 (JTD)<br><br>Re: Adv. Docket Nos. 4, 5, & 7 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (A) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (B) PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

       1.       Plaintiff Wardman Hotel Owner, L.L.C. (the "Plaintiff" or the "Debtor"), in connection with the *Plaintiff's Motion for Summary Judgment* [Adv. Docket No. 4], the *Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment* [Adv. Docket No. 5], and the *Appendix to Plaintiff's Memorandum of Law in Support of Plaintiff';s Motion for Summary Judgment* ( the "Appendix") [Docket No. 7], hereby requests that the Court take judicial notice of the documents listed below pursuant to Rule 201(b) of the Federal Rule of Evidence.

---

[1]  The last four digits of Debtor's U.S. tax identification number are 9717.  Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

2.        Rule 201(b) provides in relevant part that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Pursuant to Rule 201, a court in this circuit may take judicial notice of pleadings filed on the dockets of other courts. *See, e.g., Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 705 n.5 (3d Cir. 2004) (a court may take judicial notice of public records); *Southmark Prime Plus, L.P. v. Falzcone*, 776 F. Supp. 888, 892 (D. Del. 1991) ("Pursuant to Rule 201(b)(2), the Court can take judicial notice of the contents of court records from another jurisdiction.").

3.        Plaintiff requests that the Court take notice of the following documents:

a.        The Debtor's *2020 Refund Petition*, attached to the Appendix as Exhibit 1.

b.        The Debtor's *Voluntary Petition for Non-Individuals Filing Bankruptcy*, attached to the Appendix as Exhibit 2.

c.        The *Declaration of James D. Decker in Support of the Debtor's Chapter 11 Petition and First Day Relief*, attached to the Appendix as Exhibit 3.

d.        The Debtor's *Schedules of Assets and Liabilities*, attached to the Appendix as Exhibit 4.

e.        The Debtor's *Statements of Financial Affairs*, attached to the Appendix as Exhibit 5.

f.        The *Certificate of Service* regarding notice of the Debtor's bar date, attached to the Appendix as Exhibit 6.

g.        The *Certificate of Service* regarding conditional approval of the Debtor's Plan and Disclosure Statement, attached to the Appendix as Exhibit 7.

DE:4866-3037-3262.1 92203.001
DOCS_DE:245586.1 92203/001

2

h.      The *Order Granting Final Approval of Disclosure Statement and Confirming Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, attached to the Appendix as Exhibit 8.

i.      The Debtor's *2021 Refund Petition*, attached to the Appendix as Exhibit 9.

j.      The *Notice of (I) Occurrence of Effective Date and (II) Deadlines for Filing Certain Claims and Requests for Payments*, attached to the Appendix as Exhibit 11.

k.      The *Certificate of Service* regarding the foregoing notice, attached to the Appendix as Exhibit 12.

l.      The *Motion by Respondent District of Columbia for Leave to File Dispositive Motion Based on Judicial Estoppel*, attached to the Appendix as Exhibit 13.

m.      The *Notice of Filing of Amendments to Schedules of Assets and Liabilities and Statement of Financial Affairs of Wardman Hotel Owner, L.L.C.*, attached to the Appendix as Exhibit 14.

n.      The *Order Vacating Trial and Entering Bankruptcy Stay*, attached to the Appendix as Exhibit 15.

o.      The *Complaint for Declaratory Relief Pursuant to 11 U.S.C. §§ 505, 541, and 1141 and 28 U.S.C. § 2201*, attached to the Appendix as Exhibit 16.

p.      A current docket report in 2020 CVT 000511, attached to the Appendix as Exhibit 17.

q.      A current docket report in 2021 CVT 000434, attached to the Appendix as Exhibit 18.

r.      The register of claims maintained by the United States Bankruptcy Court for the District of Delaware for Case No. 21-10023 (JTD)

Dated: November 14, 2023                **PACHULSKI STANG ZIEHL & JONES LLP**

                                        */s/ Laura Davis Jones*
                                        Laura Davis Jones (DE Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        Timothy P. Cairns (DE Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware  19899 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:   (302) 652-4400
                                        Email: ljones@pszjlaw.com
                                                 dbertenthal@pszjlaw.com
                                                 tcairns@pszjlaw.com

                                        *Counsel to the Plaintiff*

DE:4866-3037-3262.1 92203.001
DOCS_DE:245586.1 92203/001