## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 23-50453 (JTD) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion for Extension of Time to Respond to Plaintiff's Pre-Answer Motion for Summary Judgment, and any opposition thereto, and good causing having been shown, it is this _____ day of December, 2023:

**ORDERED** that Defendant District of Columbia's Motion for Extension of Time be and hereby is **GRANTED**;

---

[1] The last four digits of Debtor's U.S. tax identification number are 9717. Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

**ORDERED** that deadline for Defendant District of Columbia to respond to the pending motion for summary judgment be and hereby is **EXTENDED** up to and including January 10, 2024; and it is

**SO ORDERED.**

Copies sent electronically to:
All counsel of record.