## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | Case No. 21-10023 (JTD) |
| Debtors. | |
| WARDMAN HOTEL OWNER, L.L.C., | Adv. Proc. No. 23-50453 (JTD) |
| Plaintiff, | |
| v. | **Re: Docket No. 11** |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

### AGREED SCHEDULING ORDER

Upon the *Motion for Extension of Time to Respond to Plaintiffs' Pre-Answer Motion for Summary Judgment* [Adv. Docket No. 10] (the "Motion to Extend") and upon agreement of the Plaintiff and Defendant on the terms of this agreed scheduling order (the "Scheduling Order"); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1.    The deadline for the Defendant to respond to the Plaintiff's Motion for Summary Judgment shall be January 10, 2024 at 4:00 p.m. (ET).

2.    The deadline for the Plaintiff to file a reply to the Defendant's response shall be January 24, 2024 at 4:00 p.m. (ET).

**Dated: January 3rd, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**