# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WARDMAN HOTEL OWNER, L.L.C., [1]<br><br>Debtors. | Chapter 11<br>Case No. 21-10023 (JTD) |
| WARDMAN HOTEL OWNER, L.L.C.,<br>Plaintiff,<br>v.<br>DISTRICT OF COLUMBIA,<br>Defendant. | Adv. Proc. No. 23-50453 (JTD) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 19th day of January, 2024, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**CERTIFICATION OF NO OBJECTION REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

---

[1] The last four digits of Debtor's U.S. tax identification number are 9717.  Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

DOCS_DE:235246.6 92203/001
DE:4873-8663-5920.2 92203.001

Wardman – Service List
re District of Columbia Complaint
Main Case No. 21-10023 (JTD)
Adv. Pro. 23-50453 (JTD)
Doc. No. 4889-8787-5728.2
03 – First Class Mail

**First Class Mail**
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC  20530

**First Class Mail**
District of Columbia Attorney General
Attn: Brian L. Schwalb
400 6th Street NW, Suite 9100
Washington, DC  20001

**First Class Mail**
David A. Bradley, Esq.
Assistant Attorney General
400 6th Street NW, Suite 9100
Washington, DC  20001