# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WARDMAN HOTEL OWNER, L.L.C.,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 21-10023 (JTD) |
| WARDMAN HOTEL OWNER, L.L.C.,<br>　　　　　　　Plaintiff,<br>　v.<br>DISTRICT OF COLUMBIA,<br>　　　　　　　Defendant. | Adv. Proc. No. 23-50453 (JTD)<br>Re: Adv. Docket No. 4 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on *Plaintiff's Motion for Summary Judgment* (the "Motion") filed by plaintiff Wardman Hotel Owner, L.L.C. Upon consideration of the Motion and all pleadings and oral arguments relating thereto, it is,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that summary judgment is entered for Plaintiff with respect to each count of the Plaintiff's Complaint filed in this action; and it is further

---

[1] The last four digits of Debtor's U.S. tax identification number are 9717. Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: January 22nd, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE